

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2019

No. 04-18-00581-CR

Justin **LUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9367
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's brief was originally due December 14, 2018 but was not filed. This court notified appellant's counsel of the deficiency on December 18, 2018. *See* TEX. R. APP. P. 38.8(b)(2). On December 28, 2018, appellant responded by filing a motion for extension of time, requesting an additional thirty days in which to file appellant's brief. The court granted the motion and ordered appellant to file the brief in this court on or before January 14, 2019. Neither the brief nor a motion for extension of time to file the brief was filed. We therefore ordered appellant's appointed appellate counsel to file appellant's brief in this court on or before February 13, 2019. Again, neither a brief nor an extension was filed. Accordingly, we ordered the appeal abated and remanded to the trial court for an abandonment hearing.

The trial court held that hearing on April 11, 2019 and made written findings and conclusions. The trial court found appellant still desires to prosecute this appeal with his appointed counsel and neither appellant nor counsel has abandoned the appeal. The trial court advised counsel to be mindful of due dates set by the appellate court. We adopt the findings and conclusions of the trial court.

Accordingly, we **ORDER** the abatement lifted and further **ORDER** appellant's counsel, Mr. Patrick Barry Montgomery, to file appellant's brief in this court **on or before April 30, 2019**. **If Mr. Montgomery fails to file appellant's brief by the date ordered, we may order him to appear and show cause why he should not be held in civil or criminal contempt of this court or otherwise sanctioned.**

We **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery. The clerk should also send the order to counsel pursuant to usual methods of service. We further **order** the clerk of this court to serve this order on the trial court and counsel for the State.

_____
Beth Watkins, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court